**Electronically Filed
Supreme Court
SCOT-18-0000593
16-SEP-2019
02:10 PM**

SCOT-18-0000593

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

MAKILA PLANTATIONS HOMEOWNERS ASSOCIATION INC.;
MAHANALUA NUI HOMEOWNERS ASSOCIATION, INC.; and
PUʻUNOA HOMEOWNERS ASSOCIATION, INC., Appellants,

vs.

COMMISSION ON WATER RESOURCE MANAGEMENT
OF THE STATE OF HAWAII; SUZANNE CASE, in her capacity as
Chairperson of the Commission, Appellees.

_____

APPEAL FROM THE COMMISSION ON WATER RESOURCE MANAGEMENT
(Agency Appeal)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal", filed on September 4, 2019 ("Stipulation for Dismissal"), and the record,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice. The parties agree to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, September 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

